IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BESSIE E. SWANN, )<br>)<br>Movant, )<br>)<br>v. )<br>)<br>SECRETARY, U.S. DEP'T OF HOUSING )<br>AND URBAN DEVELOPMENT, *et al.*, )<br>)<br>Respondents. )<br>) | Case Number 06-MC-0015 (EGS) |

**NOTICE OF FILING *IN CAMERA***

The United States Department of Housing and Urban Development ("HUD"), Respondent, in this miscellaneous action, respectfully files this Notice of Filing *In Camera* to provide notice that HUD is this day filing *in camera* its response to Ms. Swann's Motion to Quash Administrative Subpoena *Duces Tecum* Pursuant to 12 U.S.C. § 3410(a) of the Right to Financial Privacy Act of 1978. Such *in camera* filing is authorized by 12 U.S.C. § 3410(b).

February 23, 2006        Respectfully submitted,

KENNETH L. WAINSTEIN, D.C. Bar # 451058
United States Attorney

_____
ALAN BURCH, D.C. Bar # 470655
Assistant United States Attorney
555 4th St., N.W.
Washington, D.C. 20530
(202) 514-7204, alan.burch@usdoj.gov

Of Counsel:
J. Bryan Howell
Office of Legal Counsel, Off. of Inspector General
Department of Housing and Urban Development