UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| BESSIE E. SWANN,<br>18300 Charity Lane<br>Acokeek, MD 20607,<br><br>      Movant,<br><br>v.<br><br>SECRETARY, UNITED STATES DEPARTMENT<br>OF HOUSING AND URBAN DEVELOPMENT,<br>451 7TH STREET, N.W.<br>Washington, DC 20410,<br><br>KENNETH M. DONOHOE,<br>Inspector General,<br>United States Department<br>Of Housing and Urban Development<br>451 7th Street, N.W., Room 8256<br>Washington, DC 20410,<br><br>      Respondents. | Case No.: 06-MC-15 (EGS) |

**NOTICE OF APPEARANCE**

The Clerk of the Court will please enter the appearance of Assistant United States Attorney Alan Burch as counsel for respondents in the above-captioned case.

ALAN BURCH, D.C. Bar # 470655
Assistant United States Attorney
555 4th St., N.W.
Washington, D.C. 20530
(202) 514-7204
alan.burch@usdoj.gov